# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00130 |
| | ) | Judge Trauger |
| JEFFREY LOWELL HARGIS | ) | |

## O R D E R

The Defendant's Motion to Continue Trial and Motion For Status Conference (Docket No. 29) is **GRANTED**. The trial scheduled for June 10, 2014 is **CONTINUED**, to be reset by later order of the court. A status conference shall be held on Tuesday, June 10, 2014, at 9:30 a.m.

It is so **ORDERED**.

ENTER this 2nd day of June 2014.

                                                                  _____
                                                                  ALETA A. TRAUGER
                                                                  U.S. District Judge